U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 2 8 2017

TONY R. MOORE, CLERK
BY: _____MB_____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JORGE BRIONES** | * | **CIVIL ACTION NO. 2:16-CV-01172** |
| v. | * | |
| **FEDERAL BUREAU OF PRISONS** | * | **JUDGE TRIMBLE** |
| | * | **MAGISTRATE JUDGE KAY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

Before the court are the Report and Recommendation, (Rec. Doc. 6), of the Magistrate Judge and the Objection to the Report and Recommendation, (Rec. Doc. 7), filed by the petitioner. After an independent review of the record and a *de novo* determination of the issues, and determining that the findings of the Magistrate Judge in the Report and Recommendation are correct under applicable law,

**IT IS ORDERED** that the Report and Recommendation, (Rec. Doc. 6), of the Magistrate Judge is **ACCEPTED**.

**IT IS FURTHER ORDERED** that the application for writ of *habeas corpus* (Rec. Doc. 4) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Alexandria, Louisiana, this 28th day of April, 2017.

_____
JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE